IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

Vs.			CASE NO. 4:94cr00168-01 JWC

COURTNEY LAMAR WASHINGTON				DEFENDANT

## ORDER

On June 19, 2014, the above defendant filed a petition to dismiss and seal first offenders under Act 346 of 1975 (de #13).

The Clerk of Court is directed to provide a copy of the petition to the United States Attorney.

The United States Attorney is directed to file a response to the petition within thirty (30) days from the date of this Order.

IT IS SO ORDERED this 9th day of July, 2015.

JERRY W. CAVANEAU
UNITED STATES MAGISTRATE JUDGE